2011V01485  
PAUL J. FISHMAN  
United States Attorney  
By: PETER W. GAETA  
Assistant United States Attorney  
970 Broad Street, Suite 700  
Newark, New Jersey 07102  
Tel: 973.645.2927  
Fax: 973.297.2042  
peter.gaeta@usdoj.gov  

ELECTRONICALLY FILED

CLOSED

UNITED STATES DISTRICT COURT  
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

ONE 2010 JAGUAR XKR, VEHICLE IDENTIFICATION NUMBER SAJWA4DCXAMB38825;

AND

$489,541.79, INCLUDING BUT NOT LIMITED TO

$54,738.90 CONTAINED IN ACCOUNT NUMBER 110075034765 IN THE NAME AND/OR FOR THE BENEFIT OF IKE B. AHN AND/OR DANIEL AHN, AT JP MORGAN CHASE BANK, N.A., 55 W. PALISADE AVENUE, ENGLEWOOD, NEW JERSEY 07631;

AND

$45,200.00 CONTAINED IN ACCOUNT NUMBER 037607267001 IN THE NAME AND/OR FOR THE BENEFIT OF IKE B. AHN AND/OR DANIEL AHN, AT JP MORGAN CHASE BANK, N.A., 55 W.

Hon. Faith S. Hochberg, U.S.D.J.

Civil Action No. 12-1213 (FSH)

DEFAULT JUDGMENT AND  
FINAL ORDER OF FORFEITURE

**PALISADE AVENUE, ENGLEWOOD, NEW JERSEY 07631;**

**AND**

**$23,322.03 CONTAINED IN ACCOUNT NUMBER 110075034701 IN THE NAME AND/OR FOR THE BENEFIT OF IKE B. AHN AND/OR DANIEL AHN, AT JP MORGAN CHASE BANK, N.A., 55 W. PALISADE AVENUE, ENGLEWOOD, NEW JERSEY 07631;**

**AND**

**$35,000.00 CONTAINED IN ACCOUNT NUMBER 37065093965 IN THE NAME AND/OR FOR THE BENEFIT OF IKE B. AHN AND/OR DANIEL AHN, AT JP MORGAN CHASE BANK, N.A., 55 W. PALISADE AVENUE, ENGLEWOOD, NEW JERSEY 07631;**

**AND**

**$48,917.51 CONTAINED IN ACCOUNT NUMBER 7917433000 IN THE NAME AND/OR FOR THE BENEFIT OF IKE B. AHN AND/OR DANIEL AHN, AT TD BANK N.A., 9 E. DEMAREST AVENUE, ENGLEWOOD, NEW JERSEY 07631;**

**AND**

**$78,076.19 CONTAINED IN ACCOUNT NUMBER 381023365386 IN THE NAME AND/OR FOR THE BENEFIT OF IKE B. AHN AND/OR DANIEL AHN, AT BANK OF AMERICA, 21 PARK PLACE, ENGLEWOOD, NEW JERSEY 07631;**

**AND**

**$154,298.00 CONTAINED IN ACCOUNT NUMBER 850-12599 IN THE NAME AND/OR FOR THE BENEFIT OF IKE B. AHN AND/OR DANIEL AHN, AT MERRILL LYNCH, 1251 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10020;**

**AND**

**$49,989.16 CONTAINED IN ACCOUNT NUMBER 8038022017 IN THE NAME AND/OR FOR THE BENEFIT OF IKE B. AHN AND/OR DANIEL AHN, AT PNC BANK, 16 HIGHWOOD AVENUE, TENAFLY, NEW JERSEY 07670,**

                            **Defendants** *in rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      **WHEREAS,** on February 24, 2012, a Verified Complaint for Forfeiture was filed in the United States District Court for the District of New Jersey against the defendant property consisting of one 2010 Jaguar XKR, Vehicle Identification Number SAJWA4DCXAMB38825 and $489,541.79, including but not limited to $54,738.90 contained in account number 110075034765 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at JP Morgan Chase Bank, N.A., 55 W. Palisade Avenue, Englewood, New Jersey 07631; and $45,200.00 contained in account number 037607267001 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at JP Morgan Chase Bank, N.A., 55 W. Palisade Avenue, Englewood, New Jersey 07631; and $23,322.03 contained in account number 110075034701 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at JP Morgan Chase Bank, N.A., 55 W. Palisade Avenue, Englewood, New Jersey 07631; and $35,000.00 contained in account number

3

37065093965 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at JP Morgan Chase Bank, N.A., 55 W. Palisade Avenue, Englewood, New Jersey 07631; and $48,917.51 contained in account number 7917433000 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at TD Bank NA, 9 E. Demarest Avenue, Englewood, New Jersey 07631; and $78,076.19 contained in account number 381023365386 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at Bank of America, 21 Park Place, Englewood, New Jersey 07631; and $154,298.00 contained in account number 850-12599 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at Merrill Lynch, 1251 Avenue of the Americas, New York, New York 10020; and $49,989.16 contained in account number 8038022017 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at PNC Bank, 16 Highwood Avenue, Tenafly, New Jersey 07670 (hereinafter collectively "defendant properties") to enforce the provisions of 31 U.S.C. § 5317(c)(2), which subjects to forfeiture to the United States any property involved in a violation of 31 U.S.C. § 5324(a); and

**WHEREAS,** pursuant to the Warrant for Arrest In Rem issued by the Clerk of the Court on March 1, 2012, the United States Department of the Treasury, Internal Revenue Service seized the defendant properties, namely one 2010 Jaguar XKR, Vehicle Identification Number SAJWA4DCXAMB38825 and $489,541.79 contained in various bank accounts listed above; and

**WHEREAS,** on or about March 7, 2012, copies of the Verified Complaint for Forfeiture, Warrant for Arrest In Rem, and a Notice of Forfeiture were sent certified mail, return receipt requested to Caroline Rule, Esq., Kostelanetz & Fink, LLP, 7 World Trade Center, New York,

Case 2:12-cv-01213-FSH   Document 5-2   Filed 06/07/12   Page 5 of 7 PageID: 68

New York 10007, counsel for Ike B. Ahn and Daniel Ahn (*See* Declaration of Peter W. Gaeta with Exhibits, Exhibit A, hereinafter "Gaeta Decl." filed herein); and

**WHEREAS**, on or about March 12, 2012, copies of the Verified Complaint for Forfeiture, Warrant for Arrest In Rem, and a Notice of Forfeiture were received by Caroline Rule, Esq., Kostelanetz & Fink, LLP, 7 World Trade Center, New York, New York 10007, counsel for Ike B. Ahn and Daniel Ahn (*Id.*); and

**WHEREAS**, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, Notice of Civil Forfeiture was posted on an official internet government forfeiture website, namely www.forfeiture.gov for at least 30 consecutive days, beginning on March 9, 2012, notifying all third parties of their right to file a claim with the Court within 60 days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property (Gaeta Decl., Exhibit B); and

**WHEREAS**, in order to avoid forfeiture of the defendant properties, any person claiming an interest in, or right against, the defendant properties and who have received direct notice of the forfeiture action must file a conforming Claim under penalty of perjury identifying the specific property claimed, identifying the claimant and stating the claimant's interest in the property in the manner set forth in Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Actions, Federal Rules of Civil Procedure and 18 U.S.C. § 983(a)(4)(A), except that in no event may such Claim be filed by known potential claimants later than April 11, 2012; or if notice was published but direct notice was not sent to the claimant or claimant's attorney a claim must be filed no later than 30 days after the final publication of notice of the filing of the

5

complaint or no later than 60 days after the first day of publication on the official internet government forfeiture website at http://www.forfeiture.gov; and

**WHEREAS**, no Claim has been filed within the time required by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and 18 U.S.C. § 983(a)(4)(A) for the defendant properties by any potential claimant in this matter; and

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**

1.   That a Default Judgment and a Final Order of Forfeiture is granted against the defendant properties, namely one 2010 Jaguar XKR, Vehicle Identification Number SAJWA4DCXAMB38825 and $489,541.79, including but not limited to $54,738.90 contained in account number 110075034765 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at JP Morgan Chase Bank, N.A., 55 W. Palisade Avenue, Englewood, New Jersey 07631; and $45,200.00 contained in account number 037607267001 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at JP Morgan Chase Bank, N.A., 55 W. Palisade Avenue, Englewood, New Jersey 07631; and $23,322.03 contained in account number 110075034701 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at JP Morgan Chase Bank, N.A., 55 W. Palisade Avenue, Englewood, New Jersey 07631; and $35,000.00 contained in account number 37065093965 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at JP Morgan Chase Bank, N.A., 55 W. Palisade Avenue, Englewood, New Jersey 07631; and $48,917.51 contained in account number 7917433000 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at TD Bank NA, 9 E. Demarest Avenue, Englewood, New Jersey

07631; and $78,076.19 contained in account number 381023365386 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at Bank of America, 21 Park Place, Englewood, New Jersey 07631; and $154,298.00 contained in account number 850-12599 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at Merrill Lynch, 1251 Avenue of the Americas, New York, New York 10020; and $49,989.16 contained in account number 8038022017 in the name and/or for the benefit of Ike B. Ahn and/or Daniel Ahn, at PNC Bank, 16 Highwood Avenue, Tenafly, New Jersey 07670, and no right, title or interest in the defendant properties shall exist in any other party; and

2. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Department of the Treasury, Internal Revenue Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Department of the Treasury, Internal Revenue Service into the Department of the Treasury Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 3rd day of August, 2012

_____
HONORABLE FAITH S. HOCHBERG, U.S.D.J.
UNITED STATES DISTRICT COURT

7